

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00178-CR

**LARRY DEWAYNE LEE, JR.,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law No 2**
**Brazos County, Texas**
**Trial Court No. 11-00126-CRM-CCL2**

## MEMORANDUM  OPINION

Appellant Larry Dewayne Lee, Jr., appeals from an order deferring adjudication of his guilt and placing him on community supervision.  The trial court's certification of Lee's right to appeal states that this criminal case "is a plea-bargain case, and the defendant has NO right to appeal" and that "the defendant has waived the right of appeal."  By letter dated June 12, 2013, the Clerk of this Court warned Lee that the Court must dismiss this appeal unless, within thirty days after the date of the letter, the Court received a certification stating that Lee has a right to appeal or he showed other

grounds for continuing the appeal. *See* TEX. R. APP. P. 25.2(d); *Chavez v. State,* 183 S.W.3d 675, 680 (Tex. Crim. App. 2006). On July 3, 2013, we received a response from Lee, but we have not been provided with a certification stating that Lee has a right to appeal, nor did Lee show other grounds for continuing the appeal.

Accordingly, this appeal is dismissed.[1] *See Chavez,* 183 S.W.3d at 680; *Davis v. State,* 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.).


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 12, 2013
Do not publish
[CR25]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1. A petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. TEX. R. APP. P. 68.2(a).